# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 6:24-po-00409-HBK |
| | ) |
| Plaintiff, | ) **DEFENDANT'S STATUS REPORT ON** |
| v. | ) **UNSUPERVISED PROBATION** |
| | ) |
| CHRISTINE D BAUTISTA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**          36 CFR 2.35(c)

**Sentence Date:**          March 4, 2025

**Review Hearing Date:** June 2, 2026

**Probation Expires On:** September 4, 2026

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒          **Obey all federal, state and local laws**; and

☒          **Monetary Fines & Penalties in Total Amount of:** $510.00 which Total Amount is made up of a Fine: $ 500 Special Assessment: $ $10 Processing Fee: $ $0 Restitution: $ 0

☐          Payment schedule of $          per month by the          of each month.

☐          **Community Service hours Imposed of:**

☒          **Other Conditions:** 1 AA Meeting every 2 weeks during the first 12 months of probation.

## *COMPLIANCE:*

☒          Defendant has complied with and completed <u>all</u> conditions of probation described-above.

          **<u>Otherwise:</u>**

☒          Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

          If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒          To date, Defendant has paid a total of $ 510
          ☐ If not paid in full when was last time payment:          Date: Click here to enter a date.
                                                                                         Amount:

☐          To date, Defendant has performed Click here to enter text.  hours of community service.

☒          Compliance with Other Conditions of Probation:  Full compliance with AA Meetings.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

***GOVERNMENT'S POSITION:***

☒    The Government agrees to the above-described compliance.

☐    The Government disagrees with the following area(s) of compliance:

Government Attorney:  Briana Vollmer, Rule 180

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒    that the review hearing set for June 2, 2026 at 10:00 am

    ☐    be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒    be vacated.  The government does not object.

☐    that Defendant's  appearance for the review hearing be waived.

DATED:  5/15/2026 _____ s/JEFFREY A. TENENBAUM
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

X    GRANTED.  The Court VACATES the final review hearing set for June 2, 2026.

☐    DENIED.

DATED: May 28, 2026 _____

**HELENA M. BARCH-KUCHTA**
United States Magistrate Judge

CAED (Fresno)- Misd. 6 (Rev. 11/2014)